STATE OF NEW JERSEY v. DOUGLAS D. STOKES.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH TAYLOR.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BARRY T. HANKINS.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN BROWNE.

July 7, 1987.

Petition for certification denied.

THOMAS E. FIERRO v. GEORGE J. QUACKENBUSH.

July 7, 1987.

Petition for certification denied.